EDITH RAISIN, Also Known as EDITH ROTHSTEIN, Appellant, v. ABRAHAM GOLDFARB and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOSHUA KANTROWITZ and ISIDOR FRIEND, as Trustees under the Last Will and Testament of BANNED FRIEND, Deceased. JANET LIZBETH BERMAN and SUZANNE RHODA BERMAN, Infants, Appellants; JOSHUA KANTROWITZ and ISIDOR FRIEND, Trustees, etc., and Others, Respondents.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.   [164 Misc. 373.]

BERTHA DOERFLINGER, as Administratrix, etc., of CARL DOERFLINGER, Sometimes Called CHARLES DOERFLINGER, Deceased, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of the Interborough Rapid Transit Company, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

WILLIAM ALBERTSON, as Acting Treasurer of Hotel and Restaurant Workers Union, Local 16, an Unincorporated Association, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, Impleaded with Others.— There is no provision in rules 113 and 114 of the Rules of Civil Practice which will permit the granting of summary judgment in this equity action to determine title of the adverse claimants to the fund in the hands of the defendant Fidelity and Deposit Company of Maryland. Judgment and order unanimously reversed, with costs, and the motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of EDWARD W. MANNING, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.